Irving E. TWITTY, Plaintiff–Appellant,

v.

NATIONWIDE INSURANCE COMPA-
NY; Patricia Dugan, CPCU AiC; Che-
rylon Dean, Claims Invest; Dennis
Gillilan, Claims Manager; Alecia Cor-
nelius, Regulator; Wanda W. Smith;
Tijuana L. Crisp; Owner of Jeep
Grand Cherokee Jeep; Geoffrey W.
Gibbon, Attorney at Law; Grenville D.
Morgan, Jr., Attorney at Law; John C.
Few, Circuit Court Judge, Defen-
dants–Appellees.

No. 09–2411.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 6, 2011.

Decided: May 24, 2011.

Irving E. Twitty, Appellant Pro Se.

Before WILKINSON, KEENAN, and
WYNN, Circuit Judges.

Vacated and remanded by unpublished
PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Irving E. Twitty appeals from the dis-
trict court's order accepting the magistrate
judge's recommendation and concluding
that Twitty had three prior actions dis-
missed on the ground that they were frivo-
lous, malicious, or failed to state a claim
upon which relief may be granted under
the Prison Litigation Reform Act
("PLRA"), 28 U.S.C. § 1915(b) (2006). If
an applicant has had three actions or ap-
peals so dismissed, the applicant may not
proceed without prepayment of fees unless
the applicant is under "imminent danger of
serious physical injury." 28 U.S.C.
§ 1915(g) (2006).

The district court relied on the following
three actions as forming a basis for Twit-
ty's three such prior dismissals: (1) *Twitty
v. Petty*, No. 3:00–47–DWS (D.S.C. Feb.
24, 2000); (2) *Twitty v. Stevens*, No. 7:00–

2615–DWS (D.S.C. Sept. 20, 2000); and (3) *Twitty v. Werner, et al.* (D.S.C. Jan. 9, 2002).[1] (R. 10 at 2). Each of these cases, however, was dismissed without prejudice and therefore cannot qualify as a predicate strike under the PLRA. *See McLean v. United States,* 566 F.3d 391, 395 (4th Cir. 2009) (noting the dismissal of an action without prejudice for failure to state a claim may not count as a "strike" under the PLRA).

Accordingly, we vacate the district court's order finding that the above dismissals constituted strikes against Twitty. We remand for further consideration of Twitty's PLRA application in accordance with this opinion and *McLean.*[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*

---

**1.** Independent research reveals this could be Case No. 7:01–4131–19BG.2.

**2.** In her report and recommendation, the magistrate judge noted that Twitty had filed 16 previous actions in that court.